# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BENTISTE, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security <br><br> Defendant. | NO. EDCV 18-104-KS <br><br> ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, ("Stipulation"), which was filed on April 12, 2019, IT IS ORDERED that fees in the amount of $3,750.00 as authorized by 28 U.S.C. § 2412(d) shall be awarded, subject to terms of the Stipulation.

DATED: April 15, 2019

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1